IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ANTHONY LEON SUMMERS | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv589 |
| GREG ABBOTT | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Anthony Leon Summers, proceeding *pro se*, filed this civil rights lawsuit. This matter was referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636 for conclusions of law, and recommendations for the disposition of the case.

Plaintiff has filed a motion requesting a temporary restraining order. At the time he filed his complaint and when he filed his motion, plaintiff was incarcerated at the Lewis Unit of the Texas Department of Criminal Justice, Correctional Institutions Division. In his most recent filing, plaintiff states he is now at the Jester III Unit. A transfer to another correctional facility renders a claim for injunctive relief based on conditions at a litigant's former correctional facility moot. *Cooper v. Sheriff, Lubbock County*, 929 F.2d 1078 (5th Cir. 1991); *Beck v. Lynaugh*, 842 F.2d 759 (5th Cir. 1988). As a result, plaintiff's motion for a temporary restraining order should be denied as moot.

The Clerk of Court is directed to change the docket sheet to reflect plaintiff's new address: Jester III Unit, 3 Jester Road, Richmond, Texas 77406.

Recommendation

Plaintiff's motion for a temporary restraining order (doc. no. 6) should be denied as moot.

Objections

Within 14 days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained herein within 14 days after service shall bar an aggrieved party from *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Services Automobile Association,* 79 F.3d 1415, 1429 (5th Cir. 1996) *(en banc)*; 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 28th day of July, 2022.

_____
Zack Hawthorn
United States Magistrate Judge